NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SSL SERVICES, LLC,**
*Plaintiff - Appellant,*

v.

**CITRIX SYSTEMS, INC. and CITRIX ONLINE, LLC,**
*Defendants - Cross-Appellants.*

---

13-1419, -1420

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 08-CV-0158, Judge J. Rodney Gilstrap.

---

ON MOTION

### O R D E R

Upon consideration of the parties' joint motion for an extension of time, until September 19, 2013, to file Plaintiff – Appellant's initial brief, and until December 2, 2013, to file Defendants – Cross-Appellants' initial brief,

m2

IT IS ORDERED THAT:

The motion is granted.

                                          FOR THE COURT

September 3, 2013            /s/ Daniel E. O'Toole
                                          Daniel E. O'Toole
                                          Clerk

cc: Thomas D. Anderson
J. Anthony Downs
Thomas F. Fitzpatrick
Robert L. Kinder
Lana S. Shiferman
Erica D. Wilson
Megan S. Woodworth

m2