NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SSL SERVICES, LLC,**
*Plaintiff - Appellant,*

v.

**CITRIX SYSTEMS, INC. and CITRIX ONLINE, LLC,**
*Defendants - Cross-Appellants.*

---

13-1419

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 08-CV-0158 Judge J. Rodney Gilstrap.

---

ON MOTION

O R D E R

Upon consideration of the Cross-Appellants Citrix Systems, Inc., and Citrix Online, LLC's unopposed motion

to extend time to file their principal brief until December 23, 2013,

    IT IS ORDERED THAT:

    The motion is granted.

                                          FOR THE COURT

November 26, 2013              /s/ Daniel E. O'Toole
                                                Daniel E. O'Toole
                                                Clerk of Court

cc: Thomas D. Anderson
Katya S. Cronin
J. Anthony Downs
Gregory G. Garre
Adam Michael Greenfield
Blair Martin Jacobs
Robert L. Kinder
Leigh John Martinson
Lana S. Shiferman
Katherine Twomey
Erica D. Wilson
Megan S. Woodworth